B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Georgia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Gibbs Patrick Farms, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **58-1246247** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **165 College Avenue, Omega, GA**  ZIP Code **31775** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business: **Tift** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **P.O. Box 518, Omega, GA**  ZIP Code **31775** | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  \*\*\* **Austin E. Carter 113695** \*\*\*
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Gibbs Patrick Farms, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)         (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gibbs Patrick Farms, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Austin E. Carter**
Signature of Attorney for Debtor(s)

**Austin E. Carter 113695**
Printed Name of Attorney for Debtor(s)

**Stone & Baxter, LLP**
Firm Name

**577 Mulberry Street**
**Suite 800**
**Macon, GA 31201**

Address

**478-750-9898  Fax: 478-750-9899**
Telephone Number

**September 16, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ James Gibbs Patrick, Jr.**
Signature of Authorized Individual

**James Gibbs Patrick, Jr.**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**September 16, 2010**
Date

In re     **Gibbs Patrick Farms, Inc.**                                         ,          Case No. _____
                                   Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Heritage Farms, LLC**<br>**Middle District of Georgia** | **Affiliate** | **09/16/10**<br>**Hon. John T. Laney, III** |
| **Patrick Farms Partnership**<br>**Middle District of Georgia** | **10-71203**<br>**Affiliate** | **08/02/10**<br>**Hon. John T. Laney, III** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re **Gibbs Patrick Farms, Inc.** / Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AgGeorgia Farm Credit<br>PO Box 329<br>1807 King Road<br>Tifton, GA 31793 | AgGeorgia Farm Credit<br>PO Box 329<br>1807 King Road<br>Tifton, GA 31793 | Buck Moore Farm - Colquitt County See Attachment A3 - Buck Moore Farm | | 3,171,000.00<br><br>(3,067,550.00 secured) |
| Champion Seed Company<br>Department 0100<br>Los Angeles, CA 90084 | Champion Seed Company<br>Department 0100<br>Los Angeles, CA 90084 | Trade debt. | | 38,877.13 |
| Chep USA<br>PO Box 281033<br>Atlanta, GA 30384 | Chep USA<br>PO Box 281033<br>Atlanta, GA 30384 | Trade debt. | | 178,512.46 |
| Clifton Seed Company<br>1171 Main Street<br>Tifton, GA 31794 | Clifton Seed Company<br>1171 Main Street<br>Tifton, GA 31794 | Trade debt. | | 42,116.48 |
| East Coast Agri Technologies<br>3164 Gov. Moore Road<br>Clinton, NC 28328 | East Coast Agri Technologies<br>3164 Gov. Moore Road<br>Clinton, NC 28328 | Trade debt. | | 45,828.00 |
| First Community Bank<br>218 Love Avenue<br>Tifton, GA 31794 | First Community Bank<br>218 Love Avenue<br>Tifton, GA 31794 | Tract 1 - 61.467 Acres US 319 Omega, GA (Lott Farm) LL 443, 6th Land District consisting of 61.467 acres (nonrecourse pledge toward loan to James Gi | | 370,250.00<br><br>(263,292.00 secured) |
| Georgia Pacific<br>PO Box 102574<br>Atlanta, GA 30368-0574 | Georgia Pacific<br>PO Box 102574<br>Atlanta, GA 30368-0574 | Trade debt. | | 100,562.88 |
| Heritage Farms, LLC<br>165 College Avenue<br>Omega, GA 31775 | Heritage Farms, LLC<br>165 College Avenue<br>Omega, GA 31775 | Loan to Farm Incurred 1/2008 - 12/2009 | | 900,000.00 |
| IFCO-US<br>PO Box 849729<br>Dallas, TX 75284-9729 | IFCO-US<br>PO Box 849729<br>Dallas, TX 75284-9729 | Trade debt. | | 72,799.29 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Gibbs Patrick Farms, Inc.** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Johnson Oil Co.**<br>**Po Box 64**<br>**Tifton, GA 31793** | **Johnson Oil Co.**<br>**Po Box 64**<br>**Tifton, GA 31793** | **Trade debt.** | | **79,767.70** |
| **Koppert Biological Systems, Inc.**<br>**28465 Beverly Road**<br>**Romulus, MI 48174** | **Koppert Biological Systems, Inc.**<br>**28465 Beverly Road**<br>**Romulus, MI 48174** | **Trade debt.** | | **60,410.86** |
| **LECO Industries, Inc. d/b/a Climagro**<br>**3236 Sartelon Street**<br>**St. Laurent, Quebec, Canada H4R 1E9** | **LECO Industries, Inc. d/b/a Climagro**<br>**3236 Sartelon Street** | **Trade debt.** | **Disputed** | **134,092.80** |
| **Omega Farm Supply**<br>**PO Box 97**<br>**Omega, GA 31775** | **Omega Farm Supply**<br>**PO Box 97**<br>**Omega, GA 31775** | **Trade debt.** | | **105,955.60** |
| **Pratt Industries, Inc.**<br>**Pratt Corrugated Holdings**<br>**PO Box 933949**<br>**Atlanta, GA 31193-3949** | **Pratt Industries, Inc.**<br>**Pratt Corrugated Holdings**<br>**PO Box 933949**<br>**Atlanta, GA 31193-3949** | **Trade debt.** | | **352,788.13** |
| **Seedway**<br>**PO Box 827497**<br>**Philadelphia, PA 19182-7497** | **Seedway**<br>**PO Box 827497**<br>**Philadelphia, PA 19182-7497** | **Trade debt.** | | **53,866.51** |
| **Seminis Vegetable Seeds**<br>**75 Remittance Drive**<br>**Suite 1775**<br>**Chicago, IL 60675-1755** | **Seminis Vegetable Seeds**<br>**75 Remittance Drive**<br>**Suite 1775**<br>**Chicago, IL 60675-1755** | **Trade debt.** | | **94,409.65** |
| **Sieger Seed Co.**<br>**13031 Reflections Drive**<br>**Holland, MI 49424** | **Sieger Seed Co.**<br>**13031 Reflections Drive**<br>**Holland, MI 49424** | **Trade debt.** | | **187,796.99** |
| **T&T Industries, Inc.**<br>**1835 Dawns Way**<br>**Fullerton, CA 92831** | **T&T Industries, Inc.**<br>**1835 Dawns Way**<br>**Fullerton, CA 92831** | **Trade debt.** | | **22,694.70** |
| **The Wendling Co.**<br>**5714 So. Lindbergh Blvd.**<br>**Suite 6**<br>**Saint Louis, MO 63123** | **The Wendling Co.**<br>**5714 So. Lindbergh Blvd.**<br>**Suite 6**<br>**Saint Louis, MO 63123** | **Sales commissions.** | | **27,127.65** |
| **United Irrigation**<br>**PO Box 854**<br>**Quitman, GA 31643** | **United Irrigation**<br>**PO Box 854**<br>**Quitman, GA 31643** | **Trade debt.** | | **150,613.22** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Gibbs Patrick Farms, Inc.**  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 16, 2010**     Signature **/s/ James Gibbs Patrick, Jr.**  
　　　　　　　　　　　　　　　　　　　　　　**James Gibbs Patrick, Jr.**  
　　　　　　　　　　　　　　　　　　　　　　**CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Middle District of Georgia**

In re  **Gibbs Patrick Farms, Inc.**                            ,         Case No. _____

                                          Debtor

                                                                          Chapter                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Beth Dean**<br>**5932 Lock Laurel Road**<br>**Lake Park, GA 31636** | | **95 Shares** | |
| **Delaine Seamon**<br>**9602 Kacey Court**<br>**AL 36520** | | **25 Shares** | |
| **James Gibbs Patrick, Jr.**<br>**5712 Hwy 319 S.**<br>**Omega, GA 31775** | | **2951 Shares** | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 16, 2010**                    Signature  **/s/ James Gibbs Patrick, Jr.**
                                                            **James Gibbs Patrick, Jr.**
                                                            **CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

 **0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Georgia

In re **Gibbs Patrick Farms, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 16, 2010**

**/s/ James Gibbs Patrick, Jr.**
**James Gibbs Patrick, Jr.**/**CEO**
Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

ADS
2433 L Los Arboles
Laguna Niguel, CA 92677

Ag Technologies
PO Box 329
1807 King Road
Tifton, GA 31793

AgGeorgia Farm Credit
PO Box 329
1807 King Road
Tifton, GA 31793

AgGeorgia Farm Credit
P.O. Box 329
1807 King Road
Tifton, GA 31793

Beth Dean
5932 Lock Laurel Road
Lake Park, GA 31636

Champion Seed Company
Department 0100
Los Angeles, CA 90084

Chep USA
PO Box 281033
Atlanta, GA 30384

Clifton Seed Company
1171 Main Street
Tifton, GA 31794

Commander Fertilizer, LLC
2935 S. Koke Mill Road
Springfield, IL 62711

Commercial Packaging Solutions
PO Box 1295
Albany, GA 31702

Delaine Seamon
9602 Kacey Court
AL 36520

East Coast Agri Technologies
3164 Gov. Moore Road
Clinton, NC 28328

Edenfield, Cox, Bruce & Classens, P.C.
PO Box 1700
Statesboro, GA 30459

First Community Bank
218 Love Avenue
Tifton, GA 31794

Ford and Harrison LLP
PO Box 101423
Atlanta, GA 30392-1423

Georgia Development Authority
1890 Hwy 138
Monroe, GA 30655

Georgia Pacific
PO Box 102574
Atlanta, GA 30368-0574

Heritage Farms, LLC
165 College Avenue
Omega, GA 31775

Heritage Farms, LLC
d/b/a Patrick Farms Partnership
165 College Avenue
Omega, GA 31775

Idville
5376 52nd Street SE
Grand Rapids, MI 49512

IFCO-US
PO Box 849729
Dallas, TX 75284-9729

Industrial Drives & Belting Co.
PO Box 99
Columbus, GA 31902

James Gibbs Patrick, Jr.
5712 Hwy 319 S.
Omega, GA 31775

Jerod & Rodney Baker
PO Box 37
Ellenton, GA 31747

John T. McGoldrick, Jr., Esq.
Martin Snow, LLP
240 Third Street
P.O. Box 1606
Macon, GA 31202

Johnson Oil Co.
Po Box 64
Tifton, GA 31793

Koppert Biological Systems, Inc.
28465 Beverly Road
Romulus, MI 48174

LECO Industries, Inc.
c/o G. Marshall Kent, Jr., Esq.
One Midtwon Plaza, Suite 1200
1360 Peachtree Street
Atlanta, GA 30309

LECO Industries, Inc.
c/o William P. Langdale, III
P.O. Box 1547
Valdosta, GA 31603

LECO Industries, Inc. d/b/a Climagro
3236 Sartelon Street
St. Laurent, Quebec, Canada H4R 1E9

Lumpkin's Balanced Nutrient & Consulting
216 Shingler/Sumner Road
Poulan, GA 31781

Mid South Distributing
PO Box 1382
Tifton, GA 31793

Omega Farm Supply
PO Box 97
Omega, GA 31775

Oscar B. Fears, Esq.
40 Capital Square, SW
Atlanta, GA 30334-9057

Patrick Farms Partnership
165 College Avenue
Omega, GA 31775

Pratt Industries, Inc.
Pratt Corrugated Holdings
PO Box 933949
Atlanta, GA 31193-3949

R. Lee Allen, Esq.
607 East Adams Street
Suite 800
Springfield, IL 62701

Rinker Systems
PO Box 690009
Orlando, FL 32869-0009

Safety Max
PO Box 71365
Albany, GA 31708

Seedway
PO Box 827497
Philadelphia, PA 19182-7497

Seminis Vegetable Seeds
75 Remittance Drive
Suite 1775
Chicago, IL 60675-1755

Sieger Seed Co.
13031 Reflections Drive
Holland, MI 49424

T&T Industries, Inc.
1835 Dawns Way
Fullerton, CA 92831

Tax Commissioner of Colquitt County
101 East Central Avenue
Moultrie, GA 31776

Tax Commissioner of Tift County
P.O. Box 930
Tifton, GA 31793

The Wendling Co.
5714 So. Lindbergh Blvd.
Suite 6
Saint Louis, MO 63123

United Irrigation
PO Box 854
Quitman, GA 31643

Ward Truck Sales, Inc.
PO Box 553
Bainbridge, GA 39818

Weeks Honey Farm
900 Crossland-Scooterville Road
Omega, GA 31775